# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Forrester Construction Company ) ASBCA No. 58232
)
Under Contract No. W912DR-10-C-0067 )

APPEARANCES FOR THE APPELLANT: Robert J. Symon, Esq.
Aron C. Beezley, Esq.
  Bradley Arant Boult Cummings LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Richard P. White, Esq.
Scott C. Seufert, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The appeal has been settled. At the parties' request, the appeal is dismissed from the Board's docket with prejudice.

Dated: 27 June 2014

TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58232, Appeal of Forrester Construction Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals